**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
Adrian R. Bacon, Esq. (SBN: 280332)
abacon@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MIKE MARQUEZ, Individually and On Behalf of All Others Similarly Situated,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**FIRST NATIONAL COLLECTION BUREAU, INC.,**<br><br>        **Defendant.** | **Case No.:** 2:14-cv-06252-DMG-PLA<br><br>**CLASS ACTION**<br><br>NOTICE OF SETTLEMENT |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation

for Dismissal will be forthcoming. This Court shall retain jurisdiction over this

matter until fully resolved.

Dated**:** May 15, 2015          **Law Offices of Todd M. Friedman, P.C.**

                    By: /s/ Adrian R. Bacon
                         Todd M. Friedman, Esq.
                         Adrian R. Bacon, Esq.
                         Attorneys for Plaintiff

[Additional Attorneys for Plaintiff]:

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
425 Fischer Avenue, Ste. D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino del Rio South, Ste. 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

1 Filed electronically on this 15th day of May, 2015, with:

2

3 United States District Court CM/ECF system

4 Notification sent electronically on this 15th day of May, 2015, to:

5

Honorable Judge Dolly M. Gee
6 United States District Court
Central District of California
7

8
Sean P. Flynn
9 Gordon & Rees, LLP
Email: sflynn@gordonrees.com
10

11 s/Adrian R. Bacon
Adrian R. Bacon
12

1100377/23459380v.2