# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIKE MARQUEZ,** Individually, And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> **FIRST NATIONAL COLLECTION BUREAU,** <br><br> Defendant. | Case No.: CV 14-6252-DMG (PLAx) <br><br> **ORDER RE DISMISSAL OF ACTION  [43]** |

　　　IT IS HEREBY ORDERED that pursuant to the parties' Stipulation to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class.  The parties shall bear their own costs and expenses.

DATED: July 17, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE